**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6273**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

WILLIAM LAMONT SLATE, a/k/a Chicago,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca Beach Smith, Chief District Judge. (4:97-cr-00041-RBS-2)

———————

Submitted: April 24, 2014         Decided: April 29, 2014

———————

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William Lamont Slate, Appellant Pro Se. Peter Sinclair Duffey, Stephen David Schiller, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Lamont Slate appeals a district court order denying his 18 U.S.C. § 3582(c)(1)(B) (2012) motion and his petition for a writ of mandamus. We have reviewed the record and the district court's order and affirm for the reasons of the district court. United States v. Slate, No. 4:97-cr-00041-RBS-2 (E.D. Va. Feb. 5, 2014). We deny Slate's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED